**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| RITTENHOUSE PLAZA, INC., | : | No. 45 EM 2023 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOAN LICHTMAN, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of October, 2023, the "Motion for Reconsideration," treated as an Application for Relief, and the Motion to Expedite are DENIED.